UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 04-18325 |
| | | CHAPTER 13 |
| DONNA A. PETERS | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916582 | $481.72 |

Creditor(s)
ECMC
P.O. Box 8809
Richmond, VA 23225


                Respectfully submitted,

                /s/    Margaret A. Burks, Esq.
                Margaret A. Burks, Esq.
                Chapter 13 Trustee
                Attorney No. OH 0030377

                Francis J. DiCesare, Esq.
                Staff Attorney
                Attorney No. OH 0038798

                Karolina F. Perr, Esq.
                Staff Attorney
                Attorney No. OH 0066193

                600 Vine Street, Suite 2200
                Cincinnati, OH 45202
                (513) 621-4488
                (513) 621 2643 (Facsimile)
                mburks@cinn13.org - Correspondence only
                fdicesare@cinn13.org
                kperr@cinn13.org
                cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, February 24, 2010.

                                                     /s/      Margaret A. Burks, Esq.
                                                                 Margaret A. Burks, Esq.

ECMC
P.O. Box 8809
Richmond, VA 23225

Debtor(s) Counsel
MACEY & ALEMAN
4050 EXECUTIVE PARK DRIVE
SUITE 450
CINCINNATI, OH  45241

Debtor(s)
DONNA A. PETERS
619 OAK STREET #7
CINCINNATI, OH  45206

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)